**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Issac PERDAN–PASTRADA,
Defendant—Appellant.**

**No. 05–30094.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.*

Decided July 28, 2006.

Kirk A. Engdall, Esq., Office of the U.S. Attorney, Eugene, OR, for Plaintiff–Appellee.

Mark Bennett Weintraub, Esq., Federal Defender's Office, Eugene, OR, for Defendant–Appellant.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

## MEMORANDUM **

Issac Perdan–Pastrada appeals the sentence imposed following his guilty plea to being a deported alien found in the United States in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291 and affirm.

The district court did not err in applying an enhancement pursuant to 8 U.S.C. § 1326(b)(2) based on Perdan–Pastrada's prior felony drug trafficking conviction. The fact of a prior conviction does not need to be admitted by the defendant or proven to a jury beyond a reasonable doubt for purposes of sentencing. *See United States v. Booker*, 543 U.S. 220, 244, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005); *United States v. Weiland*, 420 F.3d 1062, 1080 n. 16 (9th Cir.2005) (noting the continuing vitality of *Almendarez–Torres v. United States*, 523 U.S. 224, 247, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998)).

Perdan–Pastrada's contention that due process prohibited retroactive application of the remedial portion of *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), is foreclosed by *United States v. Dupas*, 419 F.3d 916, 919–21 (9th Cir.2005). Similarly, Perdan–Pastrada's contention that application of *Booker* to the Sentencing Guidelines violated the ex post facto clause is foreclosed. *See id.* at 924.

**AFFIRMED.**

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.